IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Loretta L. Samuel and William R. Samuel, | ) | C/A No. 3:11-423-MBS-PJG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ESPN, Inc.; and Federation Internationale de Football Association, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiffs, Loretta L. Samuel and William R. Samuel ("the plaintiffs") filed this civil action against the named defendants. This matter is before the assigned magistrate judge pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC. The plaintiffs initially were self-represented, but later retained attorneys to represent them in this matter. On October 4, 2011, the plaintiffs' attorneys, Edward Scott Winburn, Esquire and James Emerson Smith, Jr., Esquire, moved to withdraw as counsel of record for the plaintiffs. (ECF No. 87.) By docket text order dated October 5, 2011, the court granted the attorneys' motion. (ECF No. 88.) Accordingly, it is hereby

**ORDERED** that the plaintiffs notify the court within fourteen (14) days from the entry date of this order of the identity of replacement counsel or, alternatively, of the plaintiffs' desire to proceed with this litigation without an attorney ("*pro se*").

If the plaintiffs elect to proceed without counsel, the plaintiffs are specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. The plaintiffs are reminded of their obligation at all times to keep the court informed of a current address and phone number. (See Order, ECF No. 8.) The plaintiffs must

also respond promptly to all communications from the court and fully comply with all orders of the court.  (Id.)  Failure to satisfy these obligations may result in serious consequences including, but not limited to, dismissal of this action.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 26, 2011
Columbia, South Carolina