IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Loretta L. Samuel and William R. Samuel, | ) | C/A No.: 3:11-423-JFA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | SECOND AND FINAL |
| | ) | WARNING |
| Federation Internationale de Football | ) | |
| Association and ESPN, Inc., | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

It appears from a recent filing, titled Second Notice Regarding Ongoing Communication, that the Plaintiffs in this action have once again telephoned various attorneys and members of the staff of the Defendants' law firm in this case, leaving messages and voice mails. This Court has previously entered two orders directing that any further communication between the parties be made in writing, not by way of telephone.

Further violations of this Court's orders will result in Plaintiffs, Loretta L. Samuel and William R. Samuel, being held in contempt of court and punished for the contempt. All parties to this case must communicate with the other side in writing only. No telephonic communication will be permitted. A violation of this Second and Final Warning will subject the offending party to penalties for contempt of this Court.

IT IS SO ORDERED.

January 28, 2015                              Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge